# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARREN PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-09-424-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 22, 2010, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments be reversed and that the matter be remanded for further administrative proceedings. Magistrate Judge Roberts advised the parties of their right to object to the Report and Recommendation by April 12, 2010, and further advised the parties that failure to file a timely objection waives their right to appellate review of both factual and legal issues therein contained.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on March 22, 2010 (doc. no. 24) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of defendant, Michael J. Astrue,

Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED April 13, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0424p002.wpd